IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE M. LEWIS, M.D. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-CV-0939 (RMU) |
| ) | |
| EVAN BAYH, UNITED STATES ) | |
| SENATOR from INDIANA ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

Please enter our appearance as counsel for defendant United States Senator Evan Bayh.

Respectfully submitted,

MORGAN J. FRANKEL, Bar #342022
Senate Legal Counsel

PATRICIA MACK BRYAN, Bar #335463
Deputy Senate Legal Counsel

GRANT R. VINIK, Bar #459848
Assistant Senate Legal Counsel

THOMAS E. CABALLERO[1]
Assistant Senate Legal Counsel

Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510-7250
Tel: (202) 224-4435

July 23, 2007

---

[1] This appearance is pursuant to Section 288*l*(b) of title 2 of the United States Code which provides that the undersigned counsel, who serves in the Office of Senate Legal Counsel, "shall be entitled . . . to enter an appearance in any proceeding before any court of the United States or of a State or political subdivision thereof without compliance with any requirement for admission to practice before such court. . . ."

I hereby certify that on July 23, 2007, a copy of the Notice of Appearance was served by first-class mail on:

George M. Lewis, M.D.
7095 Hollywood Blvd. #1245
Hollywood, CA 90028

_____
Morgan J. Frankel