U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

George M. Lewis, M.D.

vs.

Senator Evan Bayh, et al.

**RECEIVED**

JUL 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

No. 1:07-CV-00939 RMU

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, Initial Electronic Case Filing Order, Standing Order for Civil Cases and Civil Complaint for Damages Pursuant To 42 U.S.C. 1983, 1985 and 1986 with Exhibit A - H in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 1:19 pm on June 18, 2007, I served Senator Evan Bayh at 131 Russell Building, #SR 131, Washington, DC 20005 by serving Daniel Broom, Staff Assistant, authorized to accept. Described herein:

    SEX-    MALE
    AGE-    30
HEIGHT-    5'6"
  HAIR-    BROWN
WEIGHT-    150
  RACE-    WHITE

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  6/19/07
                Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189674

George M. Lewis, M.D., Pro Se
7095 Hollywood Blvd. # 1245
Hollywood, Ca. 90028
323-512-0198

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

**George M. Lewis, M.D.**          **CASE NUMBER: CV 07-00939 (RMU)**
   *Plaintiff*

vs.

**Evan Bayh, U.S. Senator**
**From Indiana**
   *Defendant*

### AFFIDAVIT OF SERVICE

  **NOW COMES** George M. Lewis, M.D. appearing Pro Se, (Haines V. Kerner 1972 401 US 519, 301 Ed. 2D 652 92 S.Ct. 594), who contracted with:

Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, D.C. 2009-5526
202-667-0050

  Herein, Plaintiff submits proof of personal service on defendant Senator Evan Bayh, Attorney General Alberto Gonzales and the United States Attorney for the District of Columbia. I hereby declare that on the 18th day of June 2007, the U.S. Attorney for the District of Columbia was personally served (**Exhibit A**). I also declare that on the 18th day of June 2007, the Attorney General of the United States was personally served (**Exhibit B**). I declare that on the 19th of June 2007, Senator Evan Bayh was served in his professional offices at 131 Russell Senate Office Building, Washington, D.C. 2005 (**Exhibit C**).

However, because Senator Bayh refused to accept personal service at his place of work (**Exhibit D**), I declare that on the 11th day of July 2007, Senator Evan Bayh was personally served at his personal residence (**Exhibit E**).

I swear under the penalty of perjury that the foregoing information is true and correct.

Respectfully Submitted,

George M. Lewis, M.D.

DATE:

07/23/07

## PROOF OF SERVICE

I certify that the defendant and other parties have been served true copies of the foregoing information via USPS.

Senator Evan Bayh
131 Russell Senate Office Building
Washington, D.C. 2005

U.S. Attorney for the District of Columbia
503 3rd St. N.W.
Washington, D.C. 2007

U.S. Attorney General
Department of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 2007

Respectfully Submitted,

George M. Lewis, M.D.

07/23/07