U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

George M. Lewis, M.D.

vs.

Senator Evan Bayh, United States Senator from Indiana

RECEIVED
JUL 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

No. 1:07-CV-00939 RMU

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, Initial Electronic Case Filing Order, Standing Order for Civil Cases and Civil Complaint for Damages Pursuant To 42 U.S.C. 1983, 1985 and 1986 with Exhibit A - H in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 6:22 am on July 11, 2007, I served Senator Evan Bayh at 5170 Tilden Street, NW, Washington, DC 20016 by serving Senator Evan Bayh, personally. Described herein:

```
    SEX-   MALE
    AGE-   50
 HEIGHT-   5'11"
   HAIR-   BROWN
 WEIGHT-   180
   RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 7/12/07
Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 190746