U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

George M. Lewis, M.D.

vs.

Senator Evan Bayh, et al.

RECEIVED
JUL 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

No. 1:07-CV-00939 RMU

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

   I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, Initial Electronic Case Filing Order, Standing Order for Civil Cases and Civil Complaint for Damages Pursuant To 42 U.S.C. 1983, 1985 and 1986 with Exhibit A - H in the above entitled case, hereby depose and say:

   That my date of birth / age is 03-01-1980.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 12:25 pm on June 15, 2007, I served U.S. Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Reginald D. Rowan, Legal Assistant, authorized to accept. Described herein:

    SEX-     MALE
    AGE-     32
 HEIGHT-    6'2"
   HAIR-    BLACK
 WEIGHT-    215
   RACE-    BLACK

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  6/19/07
              Date

_Wesley Jennings_
WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189677

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

George M. Lewis, M.D.

vs.

Senator Evan Bayh, et al.

No. 1:07-CV-00939 RMU

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, Initial Electronic Case Filing Order, Standing Order for Civil Cases and Civil Complaint for Damages Pursuant To 42 U.S.C. 1983, 1985 and 1986 with Exhibit A - H in the above entitled case, hereby depose and say:

    That my date of birth / age is 03-01-1980.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 11:47 am on June 15, 2007, I served U.S. Attorney General at Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Willow T. Lee, General Clerk, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    60
HEIGHT-    5'9"
  HAIR-    BROWN
WEIGHT-    185
  RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on   6/19/07                 _[signature]_
                     Date                              WESLEY JENNINGS
                                                             1827 18th Street, N.W.,
                                                             Washington, D.C. 20009
                                                             Our File#- 189675