George M. Lewis, M.D.
7095 Hollywood Blvd.
# 1245
Hollywood, Ca. 90028
323-512-0198

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

**George M. Lewis, M.D.**
    *Plaintiff*     CASE No.     07-CV-0939 RMU

                             **REQUEST FOR EXTENSION IN**
vs.                               **TIME TO RESPOND TO**
                             **DEFENDANT'S MOTION TO DISMISS**

**Senator Evan Bayh, U.S. Senator**
**From Indiana**
    *Defendant*

_____/

**COMES NOW** George M. Lewis, M.D., appearing Pro Se, who asks this honorable court to her this complaint (Haines v. Kener 1972 401US 519, 30L Ed. 2d 652 92 S.Ct. 594), who requests this honorable District Court to grant an extension in time of two weeks to respond to Defendant Senator Evan Bayh's Motion to Dismiss based on Federal Rules of Civil Procedures Rule 12 (b) (6).

**RECEIVED**

AUG 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff has spoken with counsel for the Defendant and advised him of Plaintiff's intention to file and amended civil complaint. However, because the court has not ruled on this motion to dismiss, at this time Plaintiff wishes to request an extension of two weeks to prepare a response. This is the first request for an extension made by Plaintiff.

Respectfully submitted,                                    DATED:

*[signature]*                                              08/20/07
George M. Lewis, M.D.

## PROOF OF SERVICE

I hereby certify that a true and original copy of this motion was sent via USPS with firs class postage to:

Morgan Frankel
United States Senate Counsel
United States Senate
Washington, D.C. 20005

*[signature]*                                              08/20/07
George M. Lewis, M.D.                                      DATED: