IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**George M. Lewis, M.D.**
George M. Lewis, M.D., Pro Se
7095 Hollywood Blvd.
# 1245
Hollywood, Ca. 90028
323-512-0198

*Plaintiff*

**RECEIVED**
OCT 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE No. 1:07-CV-0939 (RMU)

**Motion for Permission to Submit Affidavits in Support of Plaintiff's Opposition to Defendant's Second Motion to Dismiss Pursuant to Fed. Rules Civil Proc. Rule 56 (F)**

vs.

**Senator Evan Bayh, United States Senator from Indiana**
*Defendant*
_____/

**COMES NOW** George M. Lewis, M.D., appearing Pro Se, who asks this honorable court to her this complaint (Haines v. Kener 1972 401US 519, 30L Ed. 2d 652 92 S.Ct. 594), who submits this motion requesting permission to submit affidavits in support of plaintiff's opposition to defendant's second motion to dismiss pursuant to Federal Rules of Civil Procedure 56(f).

1. Plaintiff has prepared and timely submitted the motion in opposition to defendant's motion to dismiss. However, plaintiff had requested affidavits from four people who live outside of Los Angeles, California and has not yet received the documents from all the designated parties.

1

2. Because these parties have information and experiences that will support a factual basis for the claims made in the amended complaint, plaintiff hopes the court will grant him leave to submit the documents (in the original) when he has access to them.

3. This is the first such request plaintiff has made for permission to submit materials outside of the instant pleadings made to date in this case.

Respectfully submitted,

George M. Lewis, M.D.
Pro Se

Dated:

10/05/07

## Proof of Service

Plaintiff certifies that he has mailed via USPS first class service a true and correct copy of this motion to defendant's counsel.

Mr. Morgan Frankel
United States Senate Counsel
131 Hart Building
Washington, D.C. 20009

Respectfully submitted,

George M. Lewis, M.D.
Pro Se

10/05/07

