

RECEIVED
OCT 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

George M. Lewis, M.D.
7095 Hollywood Blvd.
# 1245
Hollywood Ca. 90028
323-512-0198

IN THE UNITED STATES DISTRICT COURT
~~FOR THE CENTRAL DISTRICT OF CALIFORNIA~~

| | |
|---|---|
| George M. Lewis, M.D.<br>*Plaintiff* | CASE No. CV 07-0939 RMU |
| vs. | CERTIFICATION OF PROOF<br>OF SERVICE PURSUANT TO<br><u>F.R.Civ. Proc. Rule 4</u> |
| Senator Evan Bayh, United States<br>Senator from Indiana<br>*Defendant* | |

**COMES NOW** George M. Lewis, M.D., appearing Pro Se, who files this certification with the clerk of the district court (Haines v. Kener 1972 401US 519, 30L Ed. 2d 652 92 S.Ct. 594), swearing under the penalty of perjury that true copies of the first amended complaint have been served [1] on the attorney of record for defendant Senator Evan Bayh named in this civil complaint, pursuant to Federal Rule of Civil Procedure 4(m).

Respectfully submitted,

George M. Lewis, M.D.
Pro Se
7095 Hollywood Blvd. # 1245
Hollywood, CA. 90028
323-512-0198

Date: 10/10/07

---

[1] Copy of affidavit returned to plaintiff by Capitol Process Service.

1

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

09-28-2007

GEORGE M. LEWIS, M.D.
PRO SE
7095 HOLLYWOOD BOULEVARD, #1245
HOLLYWOOD, CA 90028



George M. Lewis, M.D. v. Senator Evan Bayh, United States Senator from Indiana

Case No. CV-07-0939 (RMU)

Invoice No. 194841

Client Matter No. N/A

SERVICE OF PROCESS
Senator Evan Bayh, United States Senator from Indiana c/o Mr. Morgan Frankel, Office of the Senate Counsel, United States Senate, Hart Building, Washington, DC
09-27-2007

| SERVICE OF PROCESS | $60.00 |
|---|---|
| **AMOUNT PAID-** | **$60.00** |
| **BALANCE DUE UPON RECEIPT-** | **$0.00** |

Please write invoice no. 194841 on your check.

**Case Comments-**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

George M. Lewis, M.D.
Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Evan Bayh, U.S. Senator
from Indiana
Defendant

CASE NUMBER: CV-07-0939 (RMU)

TO: (Name and address of Defendant)

Senator Evan Bayh
131 Russell Senate Office Building
United States Capitol
Washington, D.C. 20510
(202)-224-5623

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George M. Lewis, M.D., Pro Se
7095 Hollywood Blvd.
#1245
Hollywood, California 90028
(323)-512-0198

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                        JUN 2 9 2007
CLERK                                                                DATE

*Jackie Frances* (signature)
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

George M. Lewis, M.D.

vs.

Senator Evan Bayh, United States Senator from Indiana

No. CV-07-0939 (RMU)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Standing Order for Civil Cases, Amended Civil Complaint for Damages Pursuant to 42 U.S.C. 1983, 1985, and 1986 and Exhibits in the above entitled case, hereby depose and say:

    That my date of birth / age is 03-01-1980.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 3:40 pm on September 27, 2007, I served Senator Evan Bayh, United States Senator from Indiana c/o Mr. Morgan Frankel, Office of the Senate Counsel at United States Senate, Hart Building, Washington, DC by serving Thomas Cabullero, Assistant Senate Legal Counsel, authorized to accept. Described herein:

```
    SEX-   MALE
    AGE-   34
 HEIGHT-   6'2"
   HAIR-   BLACK
 WEIGHT-   170
   RACE-   WHITE
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  9-28-07
            Date

*Wesley Jennings*
WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 194841